USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CREST GLOBAL TECHNOLOGY, LLC, CREST GLOBAL TECHNOLOGY CAPITAL LLC, CREST GLOBAL TECHNOLOGY CAPITAL V LLC, CREST WISH LLC, CREST RIDE LLC, CREST ADKW LLC, and CREST CHIME LLC,

                Plaintiffs,

- against -

CROWN GLOBAL SECONDARIES V MASTER SCSP, CROWN CROWTH OPPORTUNITIES GLOBAL III S.C.S. RAIF, LCT CAPITAL INVEST (SC2) LIMITED, LIBERTY PE FUND SCSP SICAV RAIF (2019 SUB-FUND), KEVA CROWN SECONDARIES FUND L.P., FONDA, L.P, and SSP 2017 L.P.,

                Defendants.

**25-CV-636(VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    On January 27, 2025, Plaintiffs Crest Global Technology, LLC, Crest Global Technology Capital LLC, Crest Global Technology Capital V LLC, Crest Wish LLC, Crest Ride LLC, Crest ADKW LLC, and Crest Chime LLC (together, "Crest") filed a motion seeking leave to "redact/file under seal certain portions of Crest's First Amended Complaint" (the "FAC"). (Dkt. No. 20.) Crest argues that sealing is necessary because the FAC references an Agreement of Purchase of Sale (the "Agreement"), which "contains highly confidential information," such as "information regarding purchase prices,

distributions, capital commitments, and numerous financial allocations among various entities." (Id.) Indeed, the Agreement contains a confidentiality provision. (See id.) Hence, Crest claims, Crest's privacy interest outweighs the public's interest in access to the judicial documents. See In re Utica Mut. Ins. Co. v. INA Reinsurance Co., 468 F. App'x 37, 39 (2d Cir. 2012).

The Court agrees. "Potential damage from the release of sensitive business information has been deemed a ground for denying access to court documents." Bergen Brunswig Corp. v. Ivax Corp., No. 97 CIV. 2003 (PKL), 1998 WL 113976, at *3 (S.D.N.Y. Mar. 12, 1998) (citing In re Orion Pictures Corp., 21 F.3d 24, 27-28 (2d Cir. 1994)). Accordingly, the Court hereby

**GRANTS** Crest's motion seeking leave to redact/file the Agreement and references thereto under seal, so long as a redacted versions of documents referencing the Agreement are entered on the public docket.

**SO ORDERED.**

Dated:    January 29, 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.